**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02805

ANTHONY ARPAIO,

                Plaintiff,

     v.

ALLSTATE INSURANCE COMPANY,

                Defendant.

_____

**DEFENDANT ALLSTATE'S NOTICE OF REMOVAL OF ACTION**
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant Allstate Insurance Company (hereinafter, "Allstate"), hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1.    Allstate is a named defendant in Civil Action No. 2019CV33182 in the Denver District Court (the "State Court Action").

2.    The Complaint in the State Court Action was filed with the Clerk of the Denver District Court, Colorado on August 19, 2019. The Plaintiff served the Summons, Civil Case Cover Sheet, and Complaint on Allstate, through The Corporation Company, on September 10, 2019.

3.    To the best of Allstate's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto. *See* **<u>Exhibit A</u>**. To the best of Allstate's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

4. Allstate avers that this Court has diversity jurisdiction over the Plaintiff's claims because this is a civil action between parties of diverse citizenship. Additionally, the Plaintiff alleges that the amount in controversy exceeds $100,000.00. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

5. The Plaintiff is a citizen of Colorado. The Plaintiff has resided in Colorado since at least 2007. *See* **Exhibit B**. On March 26, 2007, the Plaintiff was identified as the registered agent of Colorado Commercial Openings, LLC, listing his address to be 4360 E. Lyndenwood Circle, Highlands Ranch, Colorado 80130. *Id.* On November 18, 2009, Plaintiff was identified as the registered agent of Kali Jayde, LLC, representing his address to be 12355 S. Winter Trail, Conifer, Colorado 80433. *Id.* The Plaintiff was identified as the registered agent of High Country Cannabis, LLC on February 26, 2010, again representing that same address in Conifer. *Id.* On August 16, 2011, the Plaintiff was identified as the registered agent of ASA Door Tech, LLC, a company currently in good standing, noting his address to be 3926 Garnet Lane, Highlands Ranch, Colorado 80126. *Id.* The Plaintiff's primary residence is in Colorado as this is a requirement in order to be appointed as a registered agent.

> Every domestic entity for which a consitituent filed document is on file in the records of the secretary of state and every foreign entity authorized to transact business or conduct activies in this state shall continously maintain in this state a registered agent that shall be: (a) An individual who is eighteen years of age or older whose primary residence or usual place of business is in this state.

C.R.S. § 7-90-701.

On the date of the subject accident, August 24, 2016, the Plaintiff represented to the police that he resided at 7295 South Holy Cross, Littleton, Colorado 80127. *See* **Exhibit C**. As of the filing of the Complaint on August 19, 2019, the Complaint identified

the Plaintiff as a resident of Colorado residing at the same address. *See* **Exhibit A**, Pl.'s Compl., pp. 1, 7. The Defendant asserts that the Plaintiff's domicile, and intent to remain domiciled in Colorado, is evident by the Exhibits provided above.

6.      Allstate was, and still is a foreign corporation licensed to do business in the state of Colorado; however, Allstate's principal place of business is 2775 Sanders Road, Northbrook, Illinois 60062. *See* **Exhibit D**, Office of the Illinois Secretary of State, Corporation File Detail Report for The Allstate Corporation. Additionally, Allstate is incorporated in Delaware. The Parties are therefore citizens of different states and thus this civil action is one that may be removed to this Court by Allstate pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7.      The Plaintiff alleges that due to a motor vehicle accident with an underinsured motorist, he has suffered injuries, damages, and losses, and is seeking underinsured motorist benefits under a policy with limits of $1,000,000. Moreover, the Plaintiff noted in his District Court Civil Case Cover Sheet that he is seeking a monetary judgment for more than $100,000.00. *See* **Exhibit A**, Civil Cover Sheet ¶ 2. Of equal import, the Plaintiff is seeking damages for alleged violations of C.R.S. § 10-3-1115 and C.R.S. § 10-3-1116 as two times the covered underinsured motorist benefits, plus reasonable attorney fees. *See* **Exhibit A**, Pl.'s Compl., ¶ 68. Therefore, it can reasonably be inferred that the Plaintiff is seeking damages in excess of $100,000.00, exclusive of interest and costs.

8.      Promptly after the filing of this Notice of Removal, Allstate shall provide notice of the removal to the Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Allstate prays that the above-described action now pending in the Denver District Court, be removed therefrom to this Court.

Respectfully submitted this 1st day of October, 2019.

By: *s/ Devon D.A. Bell*
Rebecca K. Wagner, Atty. Reg. No. 33473
Devon D.A. Bell, Atty. Reg. No. 48775
Campbell, Wagner, Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO 80111
Telephone:  (303) 831-5990
FAX:  (303) 832-7144
Email:  rwagner@cwfd-law.net
        dbell@cwfd-law.net
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2019, I presented the foregoing **DEFENDANT ALLSTATE'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/ Kim Brown*
Kim Brown